AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

PHILLIP EDWARD PAPE,

      Plaintiff,   JUDGMENT IN A CIVIL CASE

V.

      CASE NUMBER:  3:10-CV-00214-LRH-RAM

UNITED STATES OF AMERICA,,

      Defendant.

---   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

---   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss (#9) is GRANTED. Plaintiff's complaint (#1) is hereby **DISMISSED** without prejudice.

   7/25/2011      **LANCE S. WILSON**
      Clerk

      /s/ D.R. Morgan
      Deputy Clerk